No. 47,331

MARCELL TROY, *Appellant*, v. STATE OF KANSAS, *Appellee*.

Opinion
filed July 17, 1974.

*Max M. Hinkle*, of Abilene, argued the cause and was on the brief for the appellant.

*John H. Taylor*, county attorney, argued the cause, and *Vern Miller*, attorney general, was with him on the brief for the appellee.

*Per Curiam:* This is an appeal from an order denying petitioner's motion to set aside his sentence and conviction pursuant to K. S. A. 60-1507, and authorizing petitioner to take an out-of-time appeal from his original conviction.

The out-of-time appeal was perfected and is fully considered by this court in *State v. Troy*, 215 Kan. 369, 524 P. 2d 1121, this day affirmed on appeal.

The order of the trial court in permitting the petitioner to take the out-of-time appeal and denying the post-conviction motion to set aside his sentence and conviction was proper and is affirmed in accordance with what is said in *Brizendine v. State*, 210 Kan. 241, 499 P. 2d 525, and later confirmed in *Roy v. State*, 213 Kan. 30, 35, 514 P. 2d 832.

The order of the trial court is affirmed.